ANNA CORBIN, Respondent, *v.* THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.

(Submitted October 13, 1932; decided October 28, 1932.)

*Henry C. Moses* for appellant.

*A. Earl Baumgarten* and *Frank W. Brooks* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Dissenting: KELLOGG, J.